**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 462 MAL 2021

                Respondent          :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

               v.                 :

                                :

VERNON ROBINSON,               :

                                :

                Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.